# Exhibit 1



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (Ivan Radic)[ in Name Claimant  ]
Search Results: Displaying 6 of 8 entries

*Ivan Radic - Group Registration Photos - Published May 24 2019 to November...*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0002239707 / 2021-01-12
**Application Title:** Ivan Radic - Group Registration Photos - Published May 24 2019 to November 2 2019; 750 photos
**Title:** Ivan Radic - Group Registration Photos - Published May 24 2019 to November 2 2019; 750 photos. [Group registration of published photographs. 750 photographs. 2019-05-24 to 2019-11-02]
**Description:** 750 photographs : Electronic file (eService)
**Copyright Claimant:** Ivan Radic. Address: Alpengasse 10/5, Vienna, 1100, Austria.
**Date of Creation:** 2019
**Publication Date Range:** 2019-05-24 to 2019-11-02
**Nation of First Publication:** Austria
**Authorship on Application:** Ivan Radic; Citizenship: Austria. Authorship: photographs.
**Copyright Note:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Photographs:** Published in October 2019 (40 photographs): Horse riders riding into the sunset, Close-up of a man's hand rubbing a horse's nose, Horses pulling a carriage, Horse rider shaking hands with an onlooker, Junge Reiter zu Pferd waehrend einer Parade, Light brown horses with long manes pulling a carriage, Reiter in Tracht reiten durch die Stadt, Men driving a horse carriage into the sunset, Junger Mann f�hrt Pferd mit Jockey am Zuegel, Empty start box before the horse race, Erschoepftes Rennpferd wird gewaschen. Wassertropfen fliegen ueberall, Garbed horse riders awaiting the start of a spear throwing competition, Flags of various organisations at a horse race, Horse being photographed with a phone up close, Hellbraune Pferde mit langen M�hnen ziehen einen Pferdewagen, Horse rider blowing up dust in the distance. Scene being shot under a start box, Horse rider with spear in hand, Horse waiting for his owner under a tree, Grapes fallen autumn leaves and nuts on a wooden table from a bird's eye view, A young woman in a red jacket driving a car, Old farmer's dirty hand on a rusty tractor fender, An old man taking a tire off an aluminium wheel, Interior of a corn barn, The front of an old and rusty Rakovica tractor, An old farmer's hand on the steering wheel of a tractor, An old and experienced craftsman measuring a wheel for agricultural machinery, Spotted butterfly on a red flower, Einstellrad fuer Belichtungszeit an einer analogen Kamera, Ad booklet in a car door handle. Excessive advertising, Close-up of a horse's short mane, Yound riders on horseback during a parade, Horses with riders on the city streets, Close-up portrait shot of a carriage horse, Parade of the horse riders, Mann streichelt ein Pferd an der Nase, Spotted white horses pulling a cab, Vintage horse carriages on the city streets during a carnival, Professional headphones under the camera during a live television broadcast, Pferd wirbelt Staub auf, Trick rider standing on trotting horses

Published in October 2019 (35 photographs): Young man in Serbian garb riding a horse, Audio monitoring desk at a large event, Horse riders with flags, Hausgemachte Muffins mit Schokosplittern im Ofen, Junger man in serbischer Tracht reitet auf einem Pferd, A hand holding an old compact disc as optical media is nearing its end of life, A slice of pizza on a black plate at a restaurant, Dried tomatoes in a greenhouse. The end of summer, Happy boy and girl ride on a toy car, Muffin und abgefallene Blaetter als Bildkonzept fuer Herbst, An old farmer peeling beans by hand, Cutting hot pizza at a restaurant, Baking pizza at a restaurant. A chef pulling out the pizza using a protective glove, Kleines Kind spielt mit Weintrauben auf einem Weingut, Kleinkind spielt mit Holzbausteinen und f�rdert dabei seine Motorik abstraktes Denken und Kreativitaet, A park path with fallen leaves in autumn, Abgefallene Blaetter bedecken einen Pfad im Park, Details of an old and rustic wardrobe, Ants carrying a larger insect back to their anthill, Little girl playing with wooden blocks and developing her reasoning and analytical skills, Mladi vitez u nosnji jase konja, Small colorful decorative windmill in a flowerpot on the window bench, Top view of a roller covered with paint on a bucket. The floor is covered with nylon to protect it from splashing, Horse race spectators obersving the warm up before the race, Berittene Ritter auf dem Weg zum Wettbewerbsgelaende. Ljubicevske konjicke igre 2019, Besitzer fuehrt sein Pferd Richtung Stall, Berittener Bogenschuetze in serbischer Tracht, Besitzer fuehrt sein Rennpferd am Zuegel, Calm horse enjoying a bath, Close-up of white carriage horses with people in the blurry background, Different varieties of horse gigs placed in front of a stable, Close-up portrait shot of a racing horse, Galoppierende Pferde beim Pferderennen, White horse pulling a hackney carriage with another cab in the blurry background, Black horses pulling a carriage with driver and passanger in blurry foreground

Published in October 2019 (40 photographs): Scheune voll von entkernten Maiskolben, Verrostete alte Maschine auf einem Bauernhof, Uncovering a large pumpkin under the leaves, Rad eines Pferdewagens. Nahaufnahme, Pumpkin growing under the leaves of the plant, Rusty old machine on a farm, Graffiti Guy Fawkes mask on building wall, Picnic wickerbasket on the back seat of an oldtimer car, Josef raus ausn Haefn. ANTIFA Graffiti, Nahaufnahme einer Nacktschnecke im Garten, Close-up of a beautiful pink flower with yellow anthers, A car and its shadow, Close-up of yellow lichen, Close-up portrait of an ostrich, Beach illuminated by warm light of the sun low on the horizon. Long exposure, A chef in an uniform serveing a slice of pizza at a restaurant, Making a cupcake with cream chocolate, A decorative serving of ketchup on a pizza table at a restaurant, A cook decorating tasty muffins with chocolate crumbs, Coffee pouring out of an espresso machine into two cups, A wooden background in autumn style with leaves and a muffin, Homemade muffins with chocolate crumbs in a baking tray in an oven, Leaf with holes made by unknown pest, Young man holding a rifle, Top view of a terrarium full of bark and dead leaves, Men in traditional Serbian costume riding horses, A line of horse riders in traditional attire on horseback, Rider petting his horse, Man in uniform on horseback, Man adjusting audio on a

horses, A line of horse riders in traditional attire on horseback, Rider petting his horse, Man in uniform on horseback, Man adjusting audio on a mixer console, A flock of sheep standing on a pasture looking at the camera, Glasses and cutlery on a table at a luxury restaurant. Free tables, A flock of sheep in a farm yard, Close-up of an ashtray full of cigarettes butts, Close-up of a butterfly on a yellow-green leaf, A little girl picking grapes at a vineyard, A room with two buckets and nylon protection ready for renovation including repainting walls, A waiter placing two pizzas on a wooden table at a restaurant, A small child developing analytical skills and motor functions while playing with wooden blocks, Alter Bauer haelt geschaelte Bohnen in der Hand

Published in October 2019 (34 photographs): Amazon logo on company website displayed on computer screen with ripple effect, Booking.com logo on company website displayed on computer screen with ripple effect, Dropbox logo on company website displayed on computer screen with ripple effect, ESPN logo on company website displayed on computer screen with ripple effect, Linkedin logo on company website displayed on computer screen with ripple effect, Pornhub logo on company website displayed on computer screen with ripple effect, Zillow logo on company website displayed on computer screen with ripple effect, YouTube logo on company website displayed on computer screen with ripple effect, BITFINEX logo on company website displayed on computer screen with ripple effect, Comcast Corporation logo on company website displayed on computer screen with ripple effect, Prudential logo on company website displayed on computer screen with ripple effect, Close-up of chestnuts on a tree, Altria Group logo on company website displayed on computer screen with ripple effect, A pile of firewood, Gruen-gelber Kuerbis waechst unter den Blaettern der Pflanze, Aufgehaengter Knoblauchzopf auf einem Bauernhof, Barn full of bare corn cobs, Aufgehaengter Zwiebelzopf auf einem Bauernhof, Close-up of a cucumber on the dirt, Close-up of a hokkaido pumpkin, Close-up of a garlic braid on a farm, Kraft Heinz Company logo on company website displayed on computer screen with ripple effect, Goldman Sachs logo on company website displayed on computer screen with ripple effect, Image of the driver on the back side of a horse carriage, Bild des Fahrers an der Vorderseite eines Pferdewagens, Pumpkin growing on a tree, Close-up of an onion braid on a farm, Close-up of a wheel on a horse carriage, Kuerbis im eigenen Garten. Nahaufnahme, Kuerbis waechst auf einem Baum, Man holding his hand on a large pumpkin, Man lying on the ground and watching the stars, Nahaufnahem von gestapeltem Brennholz, Suspension and wheel on an old horse carriage

Published in October 2019 (36 photographs): Truck with tank spraying water onto the racing track at a hippodrome, Trotting race with close outcome, Little girl leading a race horse by its reins, Close-up of a horse being washed, Galloping horses crossing the finish line, Horse archer in garb, Galopprennen auf Gras, Horse rider holding a saber in hand. Additional riders in blurry background, Horse rider holding a javelin in hand, Horse rider with spear at competiotion awaiting his turn to throw, Jockey doing a u-turn with his bolted horse, Horses and their owners leaving the hippodrome, Pferde in vollem Galopp bei einem Rennen, Portrait eines Pferds. Nahaufnahme, Reiter wirft einen letzten Blick auf sein Wurfspeer, Portrait shot of a Serbian knight in traditional garb, Spannendes Trabrennen, Rennpferd wird nach dem Rennen gewaschen. Abkuehlung, Vitezovi na svojim konjima. 56. Ljubicevske konjicke igre, Traber beim Trabrennen, Water truck spraying horse racing track, Young man washing a horse, Fiaker auf den Strassen waehrend eines Umzugs, Maehne eines Pferds im Fokus. Verschwommener Hintergrund, Manes flying in the wind while the horses are pulling a carriage, Nahaufnahme von Kutschpferden, Horse riders at knight competition with sabers in hands, Horse riders in traditional garb during Ljubicevske konjicke igre, Horse with harness warming up for the upcoming race, Jockeys on horses being led by their respective owners, Jockey carrying a saddle, Jockeys reiten im Kreis vor einem Rennen, Horse at full gallop barely touching the ground, Helping a horse cool off after a race with a cold shower, Horse bathing, Horse being led by its owner

Published in November 2019 (15 photographs): Owner holding his race horse by its reins, Owner with reins still on the track after the race has begun. Safety hazard, Pferde galoppieren der Ziellinie entgegen, Pferd und Besitzer verlassen die Reitbahn, Reiter bei Ritterk�mpfen mit S�beln in H�nden, Race horse cooling off during a bath, Reiter beim Speerwurf Wettkampf, Spectators at a horse race, Serbische Ritter reiten ihre Pferde warm f�r den Wettbewerb. Ljubicevske konjicke igare 2019, Starkes Pferd wird gewaschen. Sichtbare Blutgef�sse unter der Haut, Junger Mann w�scht ein Pferd. Nahaufnahme, Jockey preparing his horse for the race starting with wrapping its legs with bandages, Man drying a horse after a bath, Lastwagen mit Wassertank spr�ht Wasser auf die Reitbahn, Horse being washed by its owner

Published in May 2019 (38 photographs): Schwarzer Ritterfalter auf einem grossen Blatt, Nahaufnahme von Schmetterlingspuppen, Winzige spiralfoermige Liane einer Kletterpflanze, Wunderschoene tropische orangefarbene Blume, Large butterfly on jeans pants, Leaf in a small puddle on a larger tropical leaf, Schriftzug Frohe Ostern bei einem Stand auf dem Ostermarkt Schoenbrunn, Riesige gelbe und blaue Ostereier am Ostermarkt, traffic sign indicating a road block due to roadworks ahead, Teddy bear greeting tourists on arrival, Schriftzug Frohe Ostern bei einem Stand auf dem Ostermarkt, Verkehrszeichen warnt vor Strassensperre aufgrund von Bauarbeiten, Tropical vegetation and a small manmade waterfall, Bike helmet tied to the seat of a moped, Fiaker vor dem Schloss Schoenbrunn, Close-up of moped handlebar including speedometer and mirrors, Baby sleeping in its buggy in a park, Close up of a protest sign with text Free all refugees, Close-up of a protest sign with text Stop All Deportations, Demoschild mit dem Text Kein Mensch ist illegal, Deadpool loves you poster in a store, Green light on a bicycle traffic light car lights in the background, Demoschild mit dem Text Stop All Deportations, Green traffic light for bikes, Hive Mietroller in Wien, Gr�ne Fahne mit dem Text SOLIDARIT�T auf einer Demo, Keine Abschiebung nach Afghanistan Slogan auf einem Protestbanner, Protestplakat mit durchkreuztem Gesicht von Sebastian Kurz und dem Text FIGHT NEOLIBERALISM, Leihrad von Citybike Wien mit verschwommenem Hintergrund, Close-up of a professional video camera with light on a tripod, Close- up of a green bicycle on a traffic light, Nahaufnahme eines gruenen Fahrrads auf einer Fahrradampel, Nahaufnahme eines roten Ampelmaennchens, Nahaufnahme eines roten Fahrrads auf einer Ampel Lichter im Hintergrund, Nahaufnahme eines roten Fahrrads auf einer Fahrradampel, Omas gegen rechts auf einer Donnerstagsdemo, Neon sign on a building with text We Are All Mad Here, People at a political rally walking

Published in May 2019 (28 photographs): Plakate mit Rassismus toetet Menschen Slogans bei einer Demo, Leuchtendes U der U-Bahn U3 vor dunkelblauem Abendhimmel, Protester holding a waving ANTIFA flag, Leuchtendes Verkehrszeichen Vorrang gewaehren mit einer vorbeigehenden Menschenmenge im Hintergrund, Nahaufnahme eines gruenen Ampelmaennchens, Leuchtreklame auf einem Gebaeude mit dem Text We Are All Mad Here, Protestplakat mit dem Text Abschiebung ist Verbrechen, Protestplakate mit dem Text Rassismus toetet Menschen, Red star sticker on a post with blurry background, Red light on a bicycle traffic light car lights in the background, Red traffic light for bikes, Traffic cone in the foreground and people walking by in the background, YIELD traffic sign with a huge crowd of people walking by in the background, Traffic cone in the foreground and road works in the background, ZONE geschrieben auf dem Asphalt und Menschen im Hintergrund, ZONE written on tarmac with a political rally taking place in the blurry background, Menschen Laufen bei einer Demo, Polizeibeamte auf Motorrad und zu Fuss bei einer Demo, Protester holding a sign We Demand Our Rights and Freedom at a rally, Blond young woman working on her laptop, Maximum gain. Close-up of a gain knob turned all the way to the max, Maximum bass. Close-up of a bass knob turned all the way to the max, Maximum volume. Close-up of a volume knob turned all the way to the max, Nahaufnahme einer Festplatte auf schwarzem Hintergrund, A female hand with pen on notepad working on laptop in office, A bunch of puzzle pieces, Blond business woman writing and working on a laptop in her creative room, AMD text and logo on a desktop computer CPU fan

Published in June 2019 (41 photographs): Close up of a female hand writing on a notepad, Tired and worried business woman holding her head while sitting in an office, Close up of a hard disk drive on a black background, Geschaeftsfrau arbeitet am Laptop im modernen Buero eines Startups, Child touching a plug socket cover with its finger, Man regulates the temperature and program of the oven, Little carps swimming in water garden, A little girl driving a yellow toy car, A bunch of rusty padlocks. Symbol for everlasting love, A woman's hand holding an ice cream cone, Close-up of a BMW logo on a motorbike, Close-up of an AUDI logo, Close-up of a SUZUKI logo on a motorbike, Close-up of a rose in a park, Close-up of a colorful wasp on the finger, Close-up of a TOYOTA lettering on a rusty wheel rim, Donaukanal und Urania in Wien, Blick auf Motto am Fluss und vor Anker liegende Schiffe, CD diplomatic vehicle registration plate on a car, Blue Danube vor Anker am Donaukanal in Wien, Unter der Schwedenbruecke in Wien, Nahaufnahme vom TOYOTA Schriftzug auf einer verrosteten Radfelge, Nahaufnahme von rot-weissem Absperrband, Nahaufnahme vom verrosteten Feuerhydrant, People relaxing while sitting on a park bench, Schlosspark beim Schloss Schoenbrunn, A father holding his son's hand in the garden, A little girl holding her favorite bear in her hands, A funny baby girl playing in puddles with her hand in the water, Disposing grass into a masonry trolley, A professional gardener mowing a lawn and arranging a garden, Siblings waiting for their meal in the kitchen, A boy stepping on colored chalk, A cute little girl playing with toys at home, A brother and a sister playing with bubbles on the grass, Kleines Maedchen spielt mit Stofftieren, Kleines Maedchen druchstoebert Kiste nach Stofftieren, A little girl looking for a toy in a box, Mowing grass with a professional mower, A little girl playing with lots of colorful toys. Turtle toy in baby's hands, A mother a son and a daughter playing with bubbles on the grass

mother a son and a daughter playing with bubbles on the grass

Published in June 2019 (53 photographs): A mom teaching children how to draw on concrete with colored chalk, A mower in the garden during mowing, Red panda dozing in a hammock, Close-up of a leopard, Close-up of a guppy, Close-up of a crocodile, Donkey at the zoo, Crow washing itself in a creek, Close-up of a prairie dog young, Portrait of a flamingo, Leopard attack, Qualle auf dunklem Hintergrund, eBike by Cannondale, Electric motor inside a sports bike, Innenraum eines Tesla Model S 70D, Elektrisches Motorrad, Elektrisches Gelaendemotorrad beim Laden, Ladestation von Schrack Technik, Ladestecker an einem Elektroauto, Seller showing a Tesla Model S to a potential buyer, Solaranlage in Blumenform, Solarleuchte von Sonnenglas, Digital speedometer on an electric motorcycle, Unplugsticker auf einem Renault ZOE, Organic dates being sold at a fair, Autoverkaeufer fuehrt den Tesla Model S einem potentiellen Kaeufer vor, Dashboard on a Tesla Model S 70D, Bosch electric motor on a heavy duty e-bike, Dockless e-scooters by Lime, Lotus Belle camping and event tent, Electric dirt bike pluged into a charger, Powerful looking bull made of scrap metal, Ampel-Paerchen mit Herz, Bio Muesli in luftdichten Behaeltern, Aus recyceltem Plastik hergestellte Taschen von Rossi, Brimful bottle bank, Close-up of GMC logo on a car, Ingwer Shots, Durchsichtiger Bienenstock, Lueftungsschacht in einem Park, Nachhaltig hergestellte Schuhe von Wildling, Nachhaltige HydrophilZahnb�rste, Gay traffic lights in Vienna, Zero waste toothbrush by SWAK, GMC SUV, Nachhaltige Toilettenschuessel aus Holz, Opinel pocket knife and whetstone, Rossi Bags made of recycled plastic, Stier aus Altmetall, Sustainable shoes by Willdling, Transparent bee-hive, Wiener Ampel mit schwulem Ampel-Paerchen mit Herz, Uebervoller Glascontainer

Published in July 2019 (32 photographs): Robot at Maker Fair offering visitors salted pretzel sticks, A stack of classroom chairs at an abandoned school, Red star on the wall behind a an old gate, Old book and bottles in the rubble, Old Cola bottle at a squat toilet, Old broken hair dryer at an abandoned school, Old defective radio and file folders in the background at an abandoned school, Peeled off wallpapers hanging from the wall, Old rusty boiler at an abandoned school, Old radio hanging on some strings, Selbstraucher in der Hand, Bee smoker on a beehive, A row of beehives, Beehive with its cover taken off, Beekeeper holding a beehive frame full of honey and bees, Beehives with lots of agitated bees flying by very close, Beekeeper holding a new beehive frame, Beekeeper taking off cover on a beehive, Beekeerper inspecting a beehive, Beekeeper taking out a new beehive frame, Close-up of a beekeeper's hand holding a hive tool, Bucket full of water near a well, Corn cobs hanging on a string, Imker mit herumfliegenden Bienen und einige Bienenstoecke im Hintergrund, Hauswurz in voller Bluete auf dem Dach eines alten Hauses, Bee landing on a sunflower, Bees attacking the beekeeper while he is handling the frames, Bees entering a beehive, Bees flying around while the beekeeper is taking a look at the frames, Close-up of a yellow garden spider, Close-up of a sunflower, Close-up of an unplucked tomato

Published in July 2019 (48 photographs): Close-up of a fish in dark blue water, Krokodil spiegelt sich im Wasser, Portrait of an Iguana, Prairie dog young, Wet crow in a stream, Pouring water into the old tractor's radiator, An old man working with a tractor excavator, Unripe and green tomatoes in a man's hand, Unripe tomatoes in a small greenhouse, Green cucumber in a man's hand, Close-up of unripe tomatoes in a small greenhouse, An old man driving a tractor excavator, Alter Mann fuellt Kuehlwasser eines Traktors nach, European hamster at a city park, Man washing a salmon under a faucet, Nahaufnahme von Blaettern einer falschen Mimose und ein See im Hintergrund, Pilze am Waldrand, Nahaufnahme von orangefarbenem Lachsfleisch, Close-up of a gutted salmon on white background, Mann waescht einen Lachs unterm Wasserhahn, Mushrooms at a woodland edge, Man's hand on the orange flesh of a gutted salmon, Close-up of red iris flowers and a lake in the background, Yellow tongue after eating food spiced with turmeric, Baby sleeping in a baby buggy, Blood sausage with potatoes and grated horseradish, Blutwurst mit Kartoffeln in riesiger Pfanne, Rusty barb wire and blue sky in the background, Different types of photographic film, Schmuckhornfrosch in einem Terrarium, Verrosteter Stacheldrahtzaun mit blauem Himmel im Hintergrund, Post-apocalyptic vehicle with large wheels made of scrap metal, Baby Converse sneakers, Crazy machines made of scrap metal, Fehlermeldung auf einem Bildschirm der Wiener Linien, Flying mechanical beast made of scrap metal, Horseshoes being sold on the street. Good luck charm, Mechanical bird made of scrap metal, Abgeerntetes Feld und eine Ueberlandleitung im Hintergrund, Dechantlacke in Wien, Duck sitting by the lake, Harvested field with an overhead power line in the background, Green leaves on a tree and a blue sky, Flamingo close-up, Nahaufnahme eines Leoparden, Nahaufnahme eines Praeriehundes, Portrait of an Orang-utan, Bunter Fisch mit Spiegelung unter der Wasseroberflaeche

Published in July 2019 (51 photographs): Close-up of a penguin, Colorful fish and reflection under the water surface, Car overgrown with plants in front of an abandoned house, Chinese Magnolia, Close-up of a headlight on a rusty old car, Funny plant watering solution, Rusty old Yugo, Broken garage door on an abandoned house, Brinen auf dem Birnenbaum, Lustige Bewaesserungsl�sung fuer Topfpflanze, Verrosteter alter Yugo, Purpur-Magnolie, Von Pflanzen ueberwuchertes Auto vor einem verlassenen Haus, Magnolia flowers, Huelsenfrucht eines Lederhuelsenbaums, Close-up of red plums, Fruits of a honey locus tree, Graukarte in der Hand. Einstellung des Weissabgleichs, Nahaufnahme von Pflaumen auf einem Pflaumenbaum, Several bee hives on a field, Setting white balance with a grey card, Margerite und tiefblauer Himmel, Golden wheat before the harvest with the setting sun in the background, Rides for small kids on a trailer before the funfair, Bottom-up view of grapevine at a vineyard with blue sky in the background, Sun shining through grapevine at a vineyard, Country road under the blazing sommer sun, Field in golden light right before sunset, Wheat field a few days before the harvest, Landweg unter der sengenden Sonne, Goldfarbener Weizen wenige Tage vor der Ernte, Tag vor dem Jahrmarkt. Noch nicht aufgebautes Karussell, Oxeye Daisy and a deep blue sky, Weinstoecke auf einem Weingut, Weizenfeld und tiefblauer Himmel, Injection machine by Plasticpreneur, Durchsichtige Waschmaschine, 3D printed toy lion, Nahaufnahme einer Funkstation, Creepy robot with a giant eye, 3D printer printing a figure, CubeSolver Rubik's Cube solving robot, Damenhalskette im Stile eines Kettenpanzers, DIY robot controller with display, Transparent washing machine, 3D Drucker druckt Teile, Ausruestung f�r den Amateurfunk, Dursichtige Waschmaschine beim Schleudern, Chainmail armor style women's necklace, Kettenfahrzeug Roboter gesteuert von einem Einplatinenrechner, Small track vehicle robot built with a monoboard computer

Published in August 2019 (40 photographs): Mann baut Spielzeug Motorrad mit Schraubendreher zusammen, Kleiner Roboter mit Stift kritzelt auf einer weissen Flaeche, 3D gedruckter Helm aus der Fallout-Spieleserie, 3D printed blades of a small jet engine, 3D printer printing a dragon figure, Bicycle frame made of bamboo. Sustainable production, Batteries in the transparent board of an electric scooter, Boy playing a game on an Apple iMac, Close-up of a glowing light bulb, Decoration objects made of repurpused glass bottles, Futuristic looking 3D printed trouser belts, Close-up of a dismantled Hard Disk Drive, Hologramm unter einer Glasglocke, Iron man made of scrap metal. Creative recycling, 3D printed helmet of a Star Wars Stormtrooper with visible skull inside, Kleine zweibeinige Roboter von vom Duo hinter Robocoop, 3D printer printing with chocolate, Bipedal robot made of plywood, Circuit board of an AXIOM camera, Circuit boards with LED in the shape of small rockets, Close-up of a 3D printer printing a small toy figure, Young man wearing a HTC VIVE VR headset, Mockup of a Leonardo da Vinci's Glider, Polargraph drawing by robot project on github, Pilze wachsen auf einem Substrat, Portable solar panel with electronics, Robot CubeSolver loest einen Zauberwuerfel, Underside of a laptop after teardown. Visible parts, Small plywood bipedal robot made by Robocoop, Verstaerker von Laney angeschlossen an ein Eigenbau-Radio, Vertical farming at home with hydroponic system by Ponix Systems, A little girl collecting apples from the concrete, A little girl using a ladder to climb a slide, A little girl grasping for the apples, A girl walking down the path towards her mother, A mom playing with her daughter in the backyard. A little girl playing on her mom's legs, A mom teaching her daughter how to count using apples at the park, A toddler sliding down a slide, A young man holding a glass of iced coffee at home at sundown. Happy hour non-alcoholic beverage, Kleines Maedchen isst Aepfel

Published in August 2019 (40 photographs): Damaged old Mercedes in the backyard of a farmhouse. Prepared for restoration, Toddler's feet and four ripe apples on the concrete. Playing with apples in the park, Portrait of a black dog in the backyard photographed through the fence, Toddler's hand on a trampoline safety net. Symbol of carefree childhood, A little girl giving her mom an apple. An apple in a toddler?s hand, Marshall MG15DFX amp hooked up to a small DIY radio, Mushrooms growing on 3D substrate, Mockup of a Leonardo da Vinci parachute, Nachbildung einer Flugmaschine von Leonardo Da Vinci, Simple hologram made via rotation, 3D printed helmet from Fallout game series, Small robot with pen doodling on a large white surface, Analog card telephone on the hospital wall. Symbol of stagnation, Light beams coming from behind the cloud. Symbol of hope, Close-up of a fish swimming in the water, Close-up of a poisonous snake, Plant growing through a gab in the concrete. Finding a way to survive, Blumen unter geschmolzenen Stellen im Schnee. Das Leben findet einen Weg, Black crow sitting on a concrete poll, Dog waiting in the car, Grass under a patch of molten snow. Spring is comming, Square in Medina Tunis Tunisia, Clock tower on central square in Tunis Tunisia, Bardo National Museum Tunis Tunisia, Dirty glowing lightbulb, Huge icicles slowly melting away, Medina of Tunis Tunisia, Old World War 2 tank, Place de la Kasba Tunis Tunisia, Polizeiabsperrung bei einer Demo, Oesterreichische Polizei bei einer Demo in Wien, Porsche illuminated by warm light at sunset, Black goat pushing its muzzle through a wire fence, Arbeiter schleift einen Stuhl mit Schleifpapier, A little girl in a glamorous dress knocking on a vintage door, A ruler a meter sandpaper and a pen on a table in a furniture workshop, A swan swimming in a

lake, A young man working alone in a furniture workshop, A workshop worker sanding a chair with sandpaper, Alter Mann schnitzt Holzmoebel

Published in August 2019 (25 photographs): Applying white paint to a small piece of wood with a spray gun, Realistic model of a Tyrannosaurus rex in a dino park, White ducks in a lake, Tools on the shelves in a workshop, Young worker sanding a piece of wood, Juvenile deer eating with other deer in the forest, Juvenile deer alone in the forest, Portrait of a juvenile deer in the park, Portrait of a beautiful duck in nature, Erfahrener Tischler bearbeitet ein Stueck Holz mit der Hobelmaschine, Experienced carpenter processing a piece of wood with a planer, Junger Arbeiter schleift ein Stueck Holz, An old man carving wooden furniture in a workshop, Carpenter sanding a chair with sandpaper in a small workshop, Carpenter fitting furniture parts together. Making furniture in a workshop, Close-up of a muzzle of a small black goat, Alte Cola Flasche auf einer Hocktoilette, Clothing hooks on the wall of an abandoned building, Close-up of peeling paint on the wall in an old abandoned building, Dead bird on the floor, Fallen-off tiles in the wash basin, Interior of an abandoned building, Piano keys in an abandoned building, Klaviertasten und ein kaputtes Klavier in einem verlassenen Gebaeude, Tapeten blaettern ab in einem verlassenen Gebaeude

Published in August 2019 (43 photographs): Houseleek in full bloom on the roof of an old house, Imker inspiziert einen Bienenstock, Beekeerper using a bee smoker, Bees between the beehive frames, Close-up of a honey bee collecting nectar on a sunflower, Bienen fliegen den Eingang zum Bienenstock an.JPG, Close-up of a red pepper, Drops of honey on a beehive frame, Close-up of green peppers, Training a golden retriever in the garden, A bunch of old and rusty exhaust pipes at a car work shop, A damaged car with a deployed airbag, Auto auf dem Schrottplatz nach einem Unfall mit Totalschaden, Body of an electric guitar. Details of PRS custom blue matteo, Bird-shaped details on the neck of the PRS custom blue matteo guitar, Lemons in a basket on the grass, Children playing with a ball and running on a big field, Broken taillight on a car, Man assembling a red motorcycle toy with a screwdriver, Original signature logo of Viessmann heat water-air pump, Honigbiene auf einer Sonnenblume, Close-up of a bee smoker with bees flying around, Close-up capture of a beehive frame full of honey and bees, Imker verwendet einen Selbstraucher, Close-up of a beehive frame with honey and bees, Holding a corn cob in the hand, Holding onions in the hand, Holding unplucked blackberries in the hand, iFixit Mitarbeiter zeigt einem Jungen wie man ein Smartphone zerlegt, 3D Drucker druckt kleine Figur, 3D printed small parts including pokemon, 3D printer filament wires, 3D printed Toothless from How to Train Your Dragon, Black brief case made of wood leather, Cute spider-like robot, Close-up of a robot made of plywood, FPV racing drones on their starting positions before the race, Gameboy made with a Raspberry Pie single-board computer set by Conrad, Broken headlights on a vintage Mercedes, Aktivierte Airbags in einem Auto nach einem Unfall, Sorted lemons on a white plate from a bird's eye view, The broken front of a vintage Mercedes and its lost star logo, The front of an old crashed Mercedes w123 at a car junk yard

Published in August 2019 (41 photographs): A girl playing on a seesaw with parental support, A golden retriever posing in a yard, Nahaufnahme einer Gold-Wespenspinne, Nahaufnahme einer Honigbiene waehrend sie Nektar auf einer Sonnenblume sammelt, Nahaufnahme eines Selbstrauchers mit herumfliegenden Bienen, Nahaufnahme von ungepflueckten Brombeeren, Neues Wabenraehmchens mit vielen Bienen drauf, Bees buzzing around while the beekeeper inspects their beehive, Schmale Wabenraehmchen voller Honig, Bienen fliegen herum waehrend der Imker ihren Bienenstock inspiziert, Bienen vor dem Eingang zu ihrem Bienenstock, Maker sets by Conrad, Smartphone app controlled train on a small circular track, Man with FPV goggles and drone controller, Spider-like robot with visible wires, Weird kid friendly robot with large eyes, Young girl stamping leather, World Control tabletop game, Boy drawing with a 3D pen, FPV drones flying through a hexagonal hoop, Boy learning how to solder, Little girl controlling a small robot with a remote, Maiskolben auf einer Schnur zum Trocknen aufgehaengt, Narrow beehive frame full of honey, Nahaufnahme von ungepflueckten Tomaten, Nahaufnahme eines Wabenraehmchens mit Honig und Bienen, Smoking bees with a bee smoker, Dried calabash hanging on a string, Bienenzuechter nimmt ein neues Wabenraehmchens aus dem Bienenstock, Frame of an old beehive full of honey and bees. Lots of agitated bees flying around, iFixit staff member showing a young boy how to do a teardown of a smart phone, Taschen aus Holzleder, Junge lernt wie man loetet, Large printer printing a blue print for parts, Spinenartiger Roboter mit suessem Gesicht, Mann mit FPV Brille bei einem Drohnenrennen, Imker haelt ein Wabenraehmchen voll von Honig und Bienen, Nahaufnahme eines Wabenraehmchens mit unzaehligen Bienen und viel Honig, Smoke comming out of a bee smoker, Wabenraehmchen eines Bienenstock unter der Abdeckung, Viele Bienen fliegen herum waehrend der Bienenzuechter sich die Wabenraehmchen anschaut

Published in September 2019 (25 photographs): Portrait eines Schafs auf einem Biobauernhof, Schaefer gibt seinen Schafen Mais, Rabbit eating corn, Sheep comming out of the barn, Sheep grazing, Sheep eating corn in the barn, Handf�tterung eines Bocks mit Mais, Fluss langzeitbelichtet. Wasser in Bewegung, Long exposure of a flowing river, Sternenhimmel ueber einem Feld, Stary night by the lake, Treeline and sunset colors mirrored in a lake, Baeume und Himmel beim Sonnenuntergang spiegeln sich im Teich, Golden crucifix pendant on a man's chest, TV antenna and a new moon in the background, Kleine Wassermelone im Feld, Close-up of a praying mantis on the wall, Cloud over an island photographed from a plane, Domesticated rabbit inside its enclosure, Shepherd giving corn to his sheep, Fuetterung von Schafen mit Mais im Stall, Hase im Gehege, Close-up of a water melon in the field, Young ram beeing hand fed corn, Shepherd hand feeding his sheep corn

Published in September 2019 (45 photographs): Blauer Himmel ueber der Donau, Plastic bottle floating on water. Symbol of environmental pollution, Fischerboot an der Donau, Bootssteg an der Donau, Plastic bottle washed up on the river bank, Small fishing platform on the Danube river, Rubber flip flop floating on the surface of the Danube river. Water pollution, Nahaufnahme eiens Schwans an Land, Swan on land showing off for the camera, Nahaufnahme eines Schwans an Land, Old lady feeding swans in Vienna, Nahaufnahme eines Schwans bei der F�tterung, Blue sky over the Danube river, Green fishing boat on the Danube river, Boat bridge on the Danube in Veliko Gradiste Serbia, Plastikflasche treibt auf dem Wasser. Symbolfoto fuer Umweltverschmutzung, Landing stage on the Danube river, Gummilatsche treibt auf der Wasseroberflaeche der Donau. Wasserverschmutzung, Plastikflasche treibt auf der Wasseroberflaeche der Donau. Gewaesserverschmutzung, Close-up of a swan on land and two young man in the background obeserving the bird, Close-up of a swan feeding, Schwan an Land posiert fuer die Kamera, Gaggle of swans on the Danube river, Close-up of a swan on land and a man looking at it, Two men on a bridge photographed through a grid lattice, Plastic bottle floating on the surface of the Danube river. Water contamination, Newborn's feet in focus. Mother nursing a baby, Close-up of a MOTO GUZZI motorcycle, Vintage photography lens on white background, mo2drive Scooter Sharing in Wien, New moon behind the forest canopy, Pumpkin in tall grass, Sheep on a farm looking at the camera, A row of beehives on a ranch neer the forest, Small watermelon in the field, Close-up portrait of a sheep, Close-up portrait of a young ram being fed, Huge wood barrel in the celler, Close-up of a spigot on a wood barrel, Old wine cellar full of cobweb, Old wooden tub in the cellar, Wine barrel in an old wine cellar, Weinfaesser in einem alten Weinkeller, Wine barrels in an old cellar, Alter Wenkeller voll mit Spinennnetz

**Names:** [Radic, Ivan](#)



| Save, Print and Email ([Help Page](#)) |
|---|
| Select Download Format [Full Record ▼] [Format for Print/Save] |
| Enter your email address: [_____] [Email] |