| TO: **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

| Action or Appeal? **Action** | | Court Name and Location |
|---|---|---|
| Docket No.<br>2:24−cv−00162 | Date Filed:<br>7/18/2024 | SOUTHERN DISTRICT OF TEXAS<br><br>CORPUS CHRISTI DIVISION<br>United States District Court<br>1133 N. Shoreline Blvd.<br>Corpus Christi, TX 78401 |

| Plaintiff(s)<br>Ivan Radic | Defendant(s)<br>TE Prosperity Insurance Agency, LLC |
|---|---|

In compliance with the provisions of 17 U.S.C. § 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

**A copy of the complaint is attached.**

| Clerk:<br>Nathan Ochsner, Clerk | By Deputy Clerk:<br>Verlinda Rios | Date:<br>7/19/2024 |
|---|---|---|