Case 2:24-cv-00162 Document 5 Filed on 07/19/24 in TXSD Page 1 of 2
Case 2:24-cv-00162 Document 7 Filed on 08/05/24 in TXSD Page 1 of 2
AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| **Ivan Radic** <br> *Plaintiff(s)* <br><br> v. <br><br> **TE Prosperity Insurance Agency, LLC** <br> *Defendant(s)* | Civil Action No. **2:24-cv-00162** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    TE Prosperity Insurance Agency, LLC
Serve: Registered Agent
Elida S. Ramirez
601 East Main Street, Suite 150
Alice, TX 78332

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Sangheon Han
    **SRIPLAW, P.A.**
    4102 McDuffie Street
    Houston, TX 77098
    561.404.4350
    sangheon.han@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: July 19, 2024

*s/ Verlinda Rios*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00162

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Elida S. Ramirez

was received by me on *(date)* July 23, 2024.

☑ I personally served the summons on the individual at *(place)* 601 E. Main Street, Suite 150 Alice, TX. 78332 on *(date)* July 29, 2024; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address: or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ included for travel and $ 144.50 for services, for a total of $ 144.50.

I declare under penalty of perjury that this information is true.

Date: 7-29-24

Server's signature
Arnoldo R. Valadez Jr. Process Server
*Printed name and title* PSC 16335
Exp: 2-28-25

969 FM 2295 - Alice, TX. 78332
*Server's address*

Additional information regarding attempted service, etc.: