UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
AT CORPUS CHRISTI

CASE NO.: 2:24-CV-00162

IVAN RADIC,

          Plaintiff,

v.

TE PROSPERITY INSURANCE AGENCY, LLC,

          Defendant.

---

SANGHEON HAN, counsel for Plaintiff IVAN RADIC, hereby notifies the Court of his change of address as follows, the email address remains unchanged:

SRIPLAW, P.A.
4900 Travis Street
Suite 212
Houston, TX 77002
281.417.0850 – Telephone
561.404.4353 – Facsimile
Sangheon.han@sriplaw.com

Dated: August 9, 2024

Respectfully submitted,

*/s/Sangheon Han*
SANGHEON HAN
Bar Number: 3887802
sangheon.han@sriplaw.com

**SRIPLAW, P.A.**
4900 Travis Street
Suite 212
Houston, TX 77002
281.417.0850 – Telephone
561.404.4353 – Facsimile
*Counsel for Plaintiff Ivan Radic*