UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
AT CORPUS CHRISTI

CASE NO.: 2:24-cv-00162

IVAN RADIC,

        Plaintiff,

v.

TE PROSPERITY INSURANCE AGENCY, LLC,

        Defendant.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT JOEL B. ROTHMAN of SRIPLAW, P.A. hereby gives notice of his appearance as counsel on behalf of Plaintiff IVAN RADIC, and requests service upon him of all pleadings and papers filed herein.

Dated: August 16, 2024

Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
Bar Number: 2310207
joel.rothman@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Ivan Radic*

**SRIPLAW, P.A.**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ INDIANA ◆ TENNESSEE ◆ NEW YORK ◆ TEXAS