IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RADIC<br><br>v.<br><br>TE PROSPERITY INSURANCE AGENCY, LLC | Case No. 2:24-cv-00162 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND**

Defendant TE Prosperity Insurance Agency LLC hereby requests an extension of time to respond, up to and including the date of September 13, 2024.

The extension is warranted because the parties are making efforts to resolve the matter before engaging in further litigation.

Undersigned conferred with Attorney Sangheon Han, Plaintiff's counsel, who has advised that his client does not oppose Defendant's request.

\* \* \*

Respectfully submitted,

/s/ Eric Menhart
Eric Menhart, Esq.
(pending admission *pro hac vice*)
Lexero Law
80 M St SE Ste 100
Washington, DC 20003
Phone: 855-453-9376
Fax: 855-453-9376

*Attorney for Defendant*

1

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was filed via the Court's ECF system and all parties of record were served via that system.

<u>/s/ Eric Menhart</u>
Eric Menhart, Esq.