IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RADIC<br><br>v.<br><br>TE PROSPERITY INSURANCE AGENCY, LLC | Case No. 2:24-cv-00162 |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND

In consideration of Defendant's "Unopposed Motion for Extension of Time to Respond" it is hereby:

ORDERED that the Defendant shall file a response to the Complaint no later than September 13, 2024.

_____
Judge, U.S. District Court