**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**AT CORPUS CHRISTI**

**CASE NO.: 2:24-cv-00162**

IVAN RADIC,

        Plaintiff,

v.

TE PROSPERITY INSURANCE AGENCY, LLC,

        Defendant.

_____

**NOTICE OF SETTLEMENT**

Plaintiff IVAN RADIC by and through his undersigned counsel, hereby notifies the Court that the parties have reached a settlement and requests until October 18, 2024 in which to file a Notice of Dismissal.

Dated: September 19, 2024        Respectfully submitted,

                                            */s/ Sangheon Han*
                                            SANGHEON HAN
                                            Bar Number: 3887802
                                            sangheon.han@sriplaw.com

                                            **SRIPLAW, P. A.**
                                            4900 Travis Street
                                            Suite 212
                                            Houston, FL 77002
                                            281.417.0850 – Telephone
                                            561.404.4353 – Facsimile

                                            and

                                            JOEL B. ROTHMAN
                                            Bar Number: 2310207
                                            joel.rothman@sriplaw.com

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ INDIANA ◆ TENNESSEE ◆ NEW YORK ◆ TEXAS

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Ivan Radic*