United States District Court
Southern District of Texas
**ENTERED**
September 23, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IVAN RADIC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:24-CV-00162 |
| | § | |
| TE PROSPERITY INSURANCE AGENCY, LLC, | § § | |
| | § | |
| Defendant. | | |

**ORDER**

The parties have announced to the Court that all matters in dispute and controversy have settled. (D.E. 12). The parties request that they have until October 18, 2024, to finalize dismissal documents. *Id.* at 1. Therefore, the parties are **ORDERED** to file with this Court, **on or before October 18, 2024**, appropriate documents seeking the dismissal of this matter.

Should the parties fail to timely file such documents with this Court, the parties are **ORDERED** to appear before the undersigned on **October 30, 2024, at 10:00 a.m.** to explain why they have failed to comply with this Order.[1] It is further **ORDERED** that all current settings before the Court are **CANCELED**, and any pending motions are **DENIED without prejudice as mooted** by the settlement announced in this case.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi,
Texas September 23, 2024

---

[1] Parties may access the hearing, if necessary, via the following link:
https://www.zoomgov.com/j/1615444251?pwd=R3g5ZnBwdVpvVkFCUlBVS211UXZ4QT09
Dial by your location
　　+1 669 254 5252 US (San Jose)
　　+1 646 828 7666 US (New York)
Meeting ID: 161 544 4251
Password: 020679