United States District Court
Southern District of Texas
**ENTERED**
September 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IVAN RADIC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00162 |
| TE PROSPERITY INSURANCE AGENCY, LLC, | § § § § | |
| Defendant. | § | |

### ORDER

Before the Court is Plaintiff's notice of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (D.E. 14). Plaintiff's notice of dismissal is effective because Defendant has not yet filed an answer or a motion for summary judgment in this matter. FED. R. CIV. P. 41(a)(1)(A)(i). Pursuant to Plaintiff's notice of dismissal, the Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
September 30, 2024